UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEVIN MIESES,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to respond to Defendant's motion for compassionate release (Dkt. No. 322) by Wednesday, January 6, 2021.

Dated: New York, New York
January 2, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge